# UNITED STATES DISTRICT COURT
## District of Minnesota

Roberto Nepomusemo Morales,

Petitioner(s),

v.

Pamela Bondi, Daren K. Margolin, Executive Office for Immigration Review, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, David Easterwood

Respondent(s).

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-799 JRT/DTS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum and Order 7 and Order 8 have been satisfied.

Date: 2/12/2026

KATE M. FOGARTY, CLERK